

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2019

No. 04-19-00532-CV

**IN THE INTEREST OF N.J.L., J.B.L., AND I.J.L.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM504476
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

     Appellant J.M.L. has filed a statement of inability to afford payment of court costs. We order J.M.L. may proceed in this court without payment of costs. See TEX. R. APP. P. 20.1(a), (c).

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court